# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# ORBEEZ WOW WORLD

| | |
|---|---|
| **Reg. No. 5,623,982** | The Maya Group, Inc. (CALIFORNIA CORPORATION) <br> 10741 Walker Street |
| **Registered Dec. 04, 2018** | Cypress, CALIFORNIA 90630 |
| **Int. Cl.: 28** | CLASS 28: Toys incorporating balls made from super absorbent polymer, namely, play sets for action figures and toy water globes |
| **Trademark** | FIRST USE 9-30-2017; IN COMMERCE 6-30-2018 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | OWNER OF U.S. REG. NO. 4687114, 3827979 |
| | SER. NO. 87-690,409, FILED 11-18-2017 |

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ORBEEZ

| | |
|---|---|
| **Reg. No. 4,687,114** | THE MAYA GROUP, INC. (CALIFORNIA CORPORATION) |
| **Registered Feb. 17, 2015** | 19823 HAMILTON AVENUE<br>TORRANCE, CA 90502 |
| **Int. Cl.: 28** | FOR: TOYS INCORPORATING BALLS MADE FROM SUPER ABSORBENT POLYMER, NAMELY, PLAY SETS FOR ACTION FIGURES, JEWELRY KITS, TOY HAIR-PLAY KITS, TOY WATER GLOBES, TOY SPA PLAY SETS, AND REMOTE CONTROL TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 11-23-2009; IN COMMERCE 11-23-2009. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,827,979.

SER. NO. 86-167,926, FILED 1-16-2014.

MARK SHINER, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office



# ORBEEZ

| | |
|---|---|
| **Reg. No. 3,827,979** | BRAWER, RONALD (UNITED STATES INDIVIDUAL) |
| **Registered Aug. 3, 2010** | 752 14TH STREET<br>MANHATTAN BEACH, CA 90266 |
| **Int. Cl.: 20** | FOR: DECORATIVE POLYMER SPHERES FOR USE IN CRAFTS AND FLOWER ARRANGEMENTS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50). |
| **TRADEMARK** | FIRST USE 11-23-2009; IN COMMERCE 11-23-2009. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>SER. NO. 77-902,487, FILED 12-29-2009.<br><br>LINDA ESTRADA, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office